Tomas RODRIGUEZ, Jr., Appellant,

v.

UNITED STATES of America,
Appellee.

No. 05–1904.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 19, 2005.

Decided: Oct. 27, 2005.

Tomas Rodriguez, Jr., pro se.

Kurt B. Glaser, Smith & Glaser, Minneapolis, MN, for Appellant.

Nathan P. Petterson, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Thomas Rodriguez, Jr., appeals the district court's * judgment denying Rodriguez's 28 U.S.C. § 2255 motion to vacate his sentence. The sole issue presented is whether *United States v. Booker,* —— U.S.

---

* The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), is retroactively applicable to final convictions on collateral review. This issue has been resolved adversely to Rodriguez in *Never Misses A Shot v. United States*, 413 F.3d 781, 783–84 (8th Cir.2005) (per curiam), and his section 2255 motion is foreclosed. We affirm the district court. *See* 8th Cir. R. 47B.

* The Honorable John R. Tunheim, United States District Judge for the District of Minne-